JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES L. GRAF, | ) | NO. CV 21-8363-VAP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| FELICIA PONCE, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Granting Motion to Dismiss and Dismissing Action Without Prejudice," it is adjudged that this action is dismissed without prejudice.

DATED: February 22, 2022.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE